# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS  CASE NO.  5:91cr5014LAC

CLARENCE WILLARD WOMBLE

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on  June 20, 2006
Motion/Pleadings: MOTION FOR RELIEF PURSUANT TO FRCrP Rule 60(b)(4)
Filed by DEFENDANT PRO SE   on  6/5/2006   Doc.# 703
RESPONSES:
GOVERNMENT   on  6/30/2006   Doc.# 704
   on     Doc.#

___ Stipulated   ___ Joint Pldg.
___ Unopposed   ___ Consented

WILLIAM M. McCOOL, CLERK OF COURT

_s/Mary Maloy_

LC (1 OR 2)   Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 6th day of July, 2006, that:*

*(a) The relief requested is* **DENIED.**

*(b) As a successive and untimely collateral attack per 2255. Denied on the merits as well.* <u>Booker</u> *is not retroactive.*

s/ *L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.