# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                              CASE NO.  5:91cr5014LAC

CLARENCE WILLARD WOMBLE

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on __July 25, 2006__

Motion/Pleadings __RESPONSE TO GOVERNMENT'S OPPOSITION TO MOTION UNDER FEDERAL RULES OF CIVIL PROCEDURE RULE 60(B)(4)__

Filed by DEFENDANT Pro Se ____ on __7/14/2006__ Doc.# 706

RESPONSES:

_____ on _____ Doc.# _____

_____ on _____ Doc.# _____

_____ Stipulated     _____ Joint Pldg.

_____ Unopposed     _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

_s/Mary Maloy_

LC (1 OR 2)            Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 25th day of July, 2006, that:*

*(a) The relief requested is **DENIED.  Untimely.  In light of response Court reaffirms its order of July 6, 2006 (doc 705).***

s/*L. A. Collier*

**LACEY A. COLLIER**
***Senior United States District Judge***

Entered On Docket: _____ By: ____

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to: _____

_____

Document No.