# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS   CASE NO.  5:91cr5014LAC

CLARENCE WILLARD WOMBLE

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on    August 9, 2006

Motion/Pleadings   MOTION FOR RECONSIDERATION OF A PREVIOUSLY DENIED RULE 60(b)(4), pursuant to a motion to invalidate the District Court's order denying Womble's original 2255 motion

Filed by DEFENDANT PRO SE    on  7/27/06    Doc.#  708

RESPONSES:

_____    on _____    Doc.# _____
_____    on _____    Doc.# _____

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)   Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 15th day of August, 2006, that:*

*(a) The relief requested is **DENIED**.*

*(b) _____*

s/*L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.