# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

UNITED STATES OF AMERICA

    VS                                          CASE NO.  5:91cr5014LAC

WILLARD WOMBLE

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on __November 26, 2007__

Motion/Pleadings:  MOTION PURSUANT TO 28 U.S.C. § 1651-Audita Querela

Filed by DEFENDANT PRO SE          on 11/6/2007          Doc.# 710

RESPONSES:

_____ on_____ Doc.# _____

_____ on_____ Doc.# _____

_____ Stipulated       _____ Joint Pldg.

_____ Unopposed       _____ Consented

                                WILLIAM M. McCOOL, CLERK OF COURT

_____        *s/Mary Maloy*

LC (1 OR 2)            Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 30th day of November, 2007, that:*

*(a) The relief requested is **DENIED**.*

*(b) Audita querela was an ancient writ used to attack the enforcement of a judgment after it was rendered. See United States v. Holt, 417 F.3d 1172, 1174 (11th Cir.2005) (per curiam). Such a writ may not be granted when relief is cognizable under § 2255. Id. at 1175. Construing defendant's motion or writ as one made pursuant to § 2255, he has failed to obtain an order from the Eleventh Circuit authorizing this court to entertain a second and successive motion for such relief. Id.*

                                *s/L. A. Collier*

                                **LACEY A. COLLIER**

Entered On Docket: _____ By: ___   **Senior United States District Judge**

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to:_____

_____

_____

Document No.